## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SONDRA L. BOWERS,**

      **Plaintiff,**

   **v.**
                                 **Civil Action 2:21-cv-3615**
                                    **Chief Judge Algenon L. Marbley**
                                    **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

### ORDER

      This matter is before the Court for consideration of the parties' Joint Motion for Remand pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 16.) Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will then conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and issue a new decision. Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.

      **IT IS SO ORDERED.**

                                    **ALGENON L. MARBLEY**
                                    **UNITED STATES DISTRICT COURT**

**DATED: January 26, 2022**